# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| DILLONGER JOHN MAJORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-22 SNLJ |
| ) | |
| RICHARD TROUT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Self-represented Plaintiff Dillonger Majors brings this 42 U.S.C. § 1983 action, alleging violations of his civil rights by seventeen (17) defendants associated with the Southeast Correctional Center in Charleston, Missouri. ECF No. 1. On May 17, 2024, the Court granted Plaintiff *in forma pauperis* status and ordered him to file an amended complaint within thirty (30) days. ECF No. 4. On June 17, 2024, the Court granted Plaintiff an extension of time to file his amended complaint. ECF No. 6. The Court cautioned Plaintiff that his failure to timely comply would result in the dismissal of this case without further notice. Plaintiff's response was due by July 17, 2024.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, he was cautioned that his case would be dismissed if he failed to timely comply, and he was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's Orders dated May 17 and June 17, 2024, and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control

necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 29th day of July, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN N. LIMBAUGH, JR.
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE